**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

YODANIA M. DIFO,

      Plaintiff,

v.                                                     Case No:   5:23-cv-211-GAP-PRL

ROCKET FINANCIAL
SERVICES, LLC,

      Defendant

---

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Notice of Voluntary Dismissal with Prejudice (Doc. 11), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 21, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties